1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHAEL MAFFEI (CABN 240978)
   KAREN KREUZKAMP (CABN 246151)
5  Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7014
         FAX: (415) 436-7234
8        Karen.Kreuzkamp@usdoj.gov

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )   NO. CR- 16-508-EMC
14                                      )
         Plaintiff,                     )
15                                      )
      v.                                )
16                                      )
   KRISHA VIRAMONTES,                   )
17                                      )
         Defendant.                     )
18 ─────────────────────────────────────)

19
   UNITED STATES OF AMERICA,            )   NO. CR-16-531-EMC
20                                      )
         Plaintiff,                     )   [PROPOSED] ORDER EXCLUDING TIME FROM
21                                      )   LCPWCT["33."4239"TO OCTEJ "3."4239
      v.                                )
22                                      )
   CHRISTOPHER KINNEY,                  )
23                                      )
         Defendant.                     )
24 ─────────────────────────────────────)

25

26

27

28
   ORDER EXLUDING TIME
   Case No. CR 16-508-EMC
   Case No. CR 16-531-EMC

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The parties appeared before the Court on January 11, 2017 at 2:30 p.m. for a status conference. Defendant Krishna Viramontes, represented by Geoffrey Hansen, was present and in custody. Defendant Christopher Kinney, represented by Gail Shifman, was present and in custody. Assistant United States Attorneys Michael Maffei and Karen Kreuzkamp appeared for the Government. The Court, after hearing the status in this case, scheduled a further status hearing for March 1, 2017, the date proposed by counsel.

2. The Court so scheduled the status hearing with the understanding that the parties would submit a Stipulation and Proposed Order excluding time.

3. The parties now formalize their request for a continuance of this matter to March 1, 2017 at 2:30 p.m. for a further status hearing, and respectfully submit and agree that the period from January 11, 2017 through and including March 1, 2017 should be excluded from the otherwise applicable Speedy Trial Act computation because the continuance is necessary for effective preparation of counsel, taking into account the exercise of due diligence. Specifically, the time requested for exclusion will allow counsel for the defendants to review the discovery in this case.

IT IS SO STIPULATED.

DATED: January 12, 2017                         BRIAN J. STRETCH
                                                United States Attorney


                                                _____/s/_____
                                                MICHAEL MAFFEI
                                                KAREN KREUZKAMP
                                                Assistant United States Attorneys

//
//
//
//
//

ORDER EXLUDING TIME
Case No. CR 16-508-EMC
Case No. CR 16-531-EMC

DATED: January 12, 2017

                                          /s/
                                  GEOFFREY HANSEN
                                  Counsel for Defendant
                                  Krisha Viramontes

DATED: January 12, 2017

                                          /s/
                                  GAIL SHIFMAN
                                  Counsel for Defendant
                                  Christopher Kinney

## [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance January 11, 2017 through and including March 1, 2017 outweigh the best interest of the public and the defendants in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, THE COURT ORDERS THAT:

1. The parties shall appear before the Court on Monday, March 1, 2017 at 2:30 p.m. for a status conference.

2. The period from January 11, 2017 through and including March 1, 2017 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 1/12/2017

                    HON. EDWARD M. CHEN
                    United States Senior District Judge

ORDER EXLUDING TIME
Case No. CR 16-508-EMC
Case No. CR 16-531-EMC