1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7014
7      FAX: (415) 436-7234
       Email: Karen.Kreuzkamp@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-16-531 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| v. | |
| CHRISTOPHER KINNEY, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1.   This case has been related to case number CR 16-508, *United States v. Krishna Viramontes*. On June 8, 2017, Viramontes filed a motion to suppress, which motion defendant Christopher Kinney joined on July 12, 2017. On November 14, 2017, the Court issued an order denying Viramontes's motion to suppress. On November 16, 2017, the Court issued an order denying defendant Christopher Kinney's motion for joinder. This case was then set for a status hearing on January 10,

2018 at 2:30 p.m.

    2. The parties agree and respectfully request that the period from November 16, 2017 and January 10, 2018 be excluded from the otherwise applicable Speedy Trial Act computation because the time is necessary for effective preparation of counsel, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv).

IT IS SO STIPULATED.

DATED: November 16, 2017          BRIAN J. STRETCH
United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

DATED: November 16, 2017

/s/
GAIL SHIFMAN
Counsel for Defendant
Christopher Kinney

ORDER EXLUDING TIME
Case No. CR 16-531-EMC

1 **[~~PROPOSED~~] ORDER**

2     Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice

3 served by granting this continuance outweigh the best interest of the public and the defendant in a

4 speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the

5 reasonable time necessary for effective preparation, taking into account the exercise of due diligence,

6 and accordingly excludes time from November 17, 2017 through and including January 10, 2018. The

7 Court finds this exclusion necessary to allow for the effective preparation of defense counsel. 18 U.S.C.

8 § 3161(h)(7)(B)(iv).

10     IT IS SO ORDERED.

12 DATED:   11/17/17



HON. EDWARD M. CHEN
United States District Judge

ORDER EXLUDING TIME
Case No. CR 16-531-EMC