GAIL SHIFMAN, ESQ., Cal State Bar No. 147334
LAW OFFICE OF GAIL SHIFMAN
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
CHRISTOPHER KINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER KINNEY,<br><br>    Defendant. | CASE NO. CR 16-0531 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

**STIPULATION**

The parties hereby request that the status conference hearing date of April 25, 2018, presently scheduled at 2:30 p.m. before the Honorable Edward M. Chen, be vacated and the matter be reset for further status hearing on June 13, 2018 at 2:30 p.m. to permit sufficient time for the neuropsychological evaluation and report to be prepared and provided to defense counsel.

Defendant's counsel represents that she has fully informed Mr. Kinney of his Speedy Trial rights and that, to her knowledge, her client understands those rights and agrees to waive them. Defendant's counsel further believes that her client's decision to give up the right to be brought to trial earlier than if time were not excluded from the Speedy Trial Act is an informed and voluntary one.

The parties agree and stipulate that time under the Speedy Trial Act should be excluded from the date of this filing until June 13, 2018, under 18 U.S.C. §3161(h)(7)(B)(iv), for effective

1

preparation of defense counsel while further investigation is conducted and legal research is performed.

SO STIPULATED.

ALEX TSE<br>Acting United States Attorney

DATED: April 23, 2018

/s/ Karen Kreuzkamp
_____
KAREN KREUZKAMP
Assistant United States Attorney

DATED: April 23, 2018                    /s/ Gail Shifman

_____
GAIL SHIFMAN
Attorney for Defendant
CHRISTOPHER KINNEY

## [P~~ROPO~~SED] ORDER

Based on the assertions and agreement of the parties as set forth in the Stipulation, and good cause having been shown,

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 13, 2018 at 2:30 p.m., before the Honorable Edward M. Chen for further status conference.

The Court further finds that failing to exclude the time between the date of this filing and June 13, 2018, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between now and June 13, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS FURTHER ORDERED that the time between today's date and June 13, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: April 24, 2018



_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE