1  GAIL SHIFMAN, ESQ., Cal State Bar No. 147334
   LAW OFFICE OF GAIL SHIFMAN
2  2431 Fillmore Street
   San Francisco, CA  94115
3  Telephone:   (415) 551-1500
   Facsimile:    (415) 551-1502
4  Email:          gail@shifmangroup.com

Attorney for Defendant
CHRISTOPHER KINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-0531 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| CHRISTOPHER KINNEY, | |
| Defendant. | |

**STIPULATION**

The parties hereby request that the status conference hearing date of July 18, 2018, presently scheduled at 2:30 p.m. before the Honorable Edward M. Chen, be vacated and the matter be reset for further status hearing on August 15, 2018 at 2:30 p.m.. Defendant's counsel represents that she has fully informed Mr. Kinney of his Speedy Trial rights and that, to her knowledge, her client understands those rights and agrees to waive them. Defendant's counsel further believes that her client's decision to give up the right to be brought to trial earlier than if time were not excluded from the Speedy Trial Act is an informed and voluntary one.

The parties agree and stipulate that time under the Speedy Trial Act should be excluded from the date of this filing until August 15, 2018, under 18 U.S.C. §3161(h)(7)(B)(iv), for effective preparation of defense counsel while the neuropsychological report is prepared.

1

SO STIPULATED.

ALEX TSE
Acting United States Attorney

DATED: May 25, 2018

/s/ Karen Kreuzkamp
_____
KAREN KREUZKAMP
Assistant United States Attorney

DATED: May 25, 2018

/s/ Gail Shifman
_____
GAIL SHIFMAN
Attorney for Defendant
CHRISTOPHER KINNEY

## [PR~~OP~~OSED] ORDER

Based on the assertions and agreement of the parties as set forth in the Stipulation, and good cause having been shown,

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 15, 2018 at 2:30 p.m., before the Honorable Edward M. Chen for further status conference.

The Court further finds that failing to exclude the time between the date of this filing and August 15, 2018, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between now and August 15, 2018, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS FURTHER ORDERED that the time between today's date and August 15, 2018, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. ' 3161(h)(7)(B)(iv).

DATED: May 30, 2018


_____
EDWARD M. CHEN

2

UNITED STATES DISTRICT JUDGE