GAIL SHIFMAN, ESQ., Cal State Bar No. 147334
LAW OFFICE OF GAIL SHIFMAN
2431 Fillmore Street
San Francisco, CA 94115
Telephone: (415) 551-1500
Facsimile: (415) 551-1502
Email: gail@shifmangroup.com

Attorney for Defendant
CHRISTOPHER KINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-0531 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR PRODUCTION OF MEDICAL RECORDS AND TEST RESULTS** |
| v. | |
| CHRISTOPHER KINNEY, | |
| Defendant. | |

**STIPULATION**

The parties hereby agree that the medical records and test results are required to be produced by the Alameda County Jail/Glenn Dyer Facility to determine what, if any, medical treatment may be required because of the dramatic weight loss of Defendant, Christopher Kinney, since his arrest in this matter. The parties stipulate that the medical records and test results be produced to Defendant's attorney, Gail Shifman, 2431 Fillmore Street, San Francisco, CA 94115, email: gail@shifmangroup.com.

SO STIPULATED.                                      ALEX TSE
                                                     United States Attorney

DATED: August 23, 2018                              /s/ Karen Kreuzkamp
                                                    _____
                                                    KAREN KREUZKAMP
                                                    Assistant United States Attorney

1

DATED: August 23, 2018                                    /s/ Gail Shifman

                                                      GAIL SHIFMAN
                                                      Attorney for Defendant
                                                      CHRISTOPHER KINNEY

## [PROPOSED] ORDER

Based on the agreement of the parties as set forth in the Stipulation, and good cause having been shown at the hearing conducted on August 15, 2018,

IT IS HEREBY ORDERED THAT the Alameda County Jail/Glenn Dyer Facility shall produce the medical records and test results of Defendant, Christopher Kinney, PFN# ULZ 760, to Defendant's attorney, Gail Shifman, 2431 Fillmore Street, San Francisco, CA 94115, email: gail@shifmangroup.com.com.

DATED: August  24 , 2018

                                                      HON. EDWARD M. CHEN
                                                    UNITED STATES DISTRICT JUDGE