ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7014
    FAX: (415) 436-7234
    Email: Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 16-531 EMC |
| Plaintiff, | ) [PROPOSED] ORDER EXCLUDING TIME FROM |
| v. | ) NOVEMBER 5, 2018 TO JANUARY 16, 2019 |
| CHRISTOPHER KINNEY, | ) |
| Defendant. | ) |

    The defendant, Christopher Kinney, represented by Gail Shifman, and the government, represented by Karen Kreuzkamp, Assistant United States Attorney, appeared before the Court on November 5, 2018 for a status hearing. Defense counsel advised the Court that while some of the neuropsychological examination of the defendant had been completed, additional testing was still needed. Defense counsel requested a continuance of the matter to January 16, 2019.

    The matter was continued to January 16, 2019 at 2:30 p.m. to set further proceedings. Counsel for both parties requested that time be excluded under the Speedy Trial Act between November 5, 2018 and January 16, 2019 to allow for the neuropsychological examination for the defendant, as well as continued effective preparation of counsel, taking into account the exercise of due diligence.

    Based upon the representation of counsel and for good cause shown, the Court finds that failing

ORDER EXLUDING TIME
Case No. CR 16-531 EMC

1 | to exclude the time between November 5, 2018 and January 16, 2019 would unreasonably deny the
2 | defendant the ability to obtain medical care and would deny defense counsel the reasonable time
3 | necessary for effective preparation, taking into account the exercise of due diligence, and would result in
4 | a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(1)(A), (h)(7)(A) and (B)(iv). The Court further finds
5 | that the ends of justice served by excluding the time between November 5, 2018 and January 16, 2019
6 | from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant
7 | in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between November 5, 2018 and
8 | January 16, 2019 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
9 | 3161(h)(1)(A), (h)(7)(A) and (B)(iv).

DATED: November 8, 2018

_____
HON. EDWARD M. CHEN
United States District Judge